# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

TERRYANN HUE LOERZEL                                                                    PLAINTIFF

v.                                    CASE NO. 1:12CV00047 JTK

CAROLYN C. COLVIN, *Commissioner*,
Social Security Administration                                                          DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered this date, it is CONSIDERED, ORDERED, and ADJUDGED that the final determination of the Commissioner is affirmed. This case is hereby dismissed with prejudice.

SO ADJUDGED this 11th day of June, 2013.

_____
UNITED STATES MAGISTRATE JUDGE